```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/4/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

LUIGI GIROTTO,

                       **Plaintiff,**

      -against-

GRAND SEIKO CORPORATION OF AMERICA,
et al.,

                      **Defendants.**

-----------------------------------------------------------------X

22-CV-04082 (PAE)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      On July 7, 2022, the Court granted Defendant Grand Seiko Corporation of America's request for an extension of time to respond to the Plaintiff's complaint. See ECF No. 15. Grand Seiko's response was due by August 1, 2022. As of the issuance of this order, Grand Seiko has filed no response. Grand Seiko must file its response no later than August 11, 2022.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    August 4, 2022
               New York, New York