**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LUIGI GIROTTO,<br><br>                               Plaintiff,<br><br>v.<br><br>GRAND SEIKO CORPORATION OF AMERICA, a New York corporation, d/b/a GRAND SEIKO BOUTIQUE, and 152-154 SPRING STREET RETAIL LLC, a Delaware limited liability company,<br><br>                               Defendants. | **Case No.: 1:22-CV-04082 (PAE)(SN)**<br><br>**NOTICE OF SETTLEMENT** |

      Please take notice that the parties have settled the above-referenced case. This settlement is contingent upon the execution of a written settlement agreement. The parties are in the process of preparing a formal confidential settlement agreement and will file with the Court a Joint Stipulation of Dismissal with Prejudice, upon the execution of the agreement and payment of the agreed settlement amount. The parties respectfully request that the Court enter a 60-day order to allow the parties to finalize their settlement agreement and submit an appropriate order of dismissal. The parties further respectfully request that the Court vacate all currently scheduled dates in this matter.

Dated: August 11, 2022

| | |
|---|---|
| By: *s/ B. Bradley Weitz*<br>   B. Bradley Weitz, Esq.<br>   The Weitz Law Firm, P.A.<br>   Bank of America Building<br>   **Error! Hyperlink reference not valid.**<br>   **Error! Hyperlink reference not valid.**<br>   P: (305) 949-7777<br>   F: (305) 704-3877<br>   *Attorneys for Plaintiff* | By: *s/ Jeremi L. Chylinski*<br>   Jeremi L. Chylinski, Esq.<br>   Gordon Rees Scully Mansukhani LLP<br>   1 Battery Plaza, 28th Floor<br>   New York, NY 10004<br>   P: (212) 269-5500<br>   F: (212) 269-5505<br>   Email: jchylinski@grsm.com<br>   *Attorneys for Defendant Grand Seiko Corporation of America* |

By: */s/ Andrew C. Karter*
Andrew C. Karter, Esq.
Akerman LLP
1251 Avenue of the Americas
37th Floor
New York, New York, 10020
P: (212) 880-3800
F:  (212) 905-6421
Email: andrew.karter@akerman.com
*Attorneys for Defendant 152-154 Spring Street Retail LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 11, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel and parties of record identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: *s/ Jeremi L. Chylinski*
Jeremi L. Chylinski, Esq.