UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIGI GIROTTO,

                                        Plaintiff,                    22 Civ. 4082 (PAE) (SN)

                    -v-

GRAND SEIKO CORPORATION of AMERICA and                              ORDER OF
152-154 SPRING STREET RETAIL LLC,                                   DISCONTINUANCE

                                        Defendants.

PAUL A. ENGELMAYER, District Judge:

        The Court having been advised by the parties all claims as between plaintiff and

defendants Grand Seiko Corporation of American and 152-154 Spring Street Retail LLC have

been settled in principle, it is ORDERED that the above-entitled action is hereby dismissed and

discontinued without costs, and without prejudice to plaintiff's right to reopen the action within

forty-five days of the date of this Order if the settlement is not consummated.

        To be clear, any application to reopen must be filed within forty-five days of this Order;

any application to reopen filed thereafter may be denied solely on that basis.  Further, if the

parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement

agreement, they must submit the settlement agreement to the Court within the same forty-five-

day period to be "so ordered" by the Court.  Per Paragraph 4(C) of the Court's Individual Rules

and Practices for Civil Cases, unless the Court orders otherwise, the Court will not retain

jurisdiction to enforce a settlement agreement unless it is made part of the public record.

        The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: August 12, 2022
       New York, New York