UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO.: 1:22-cv-04082-PAE-SN

LUIGI GIROTTO

    Plaintiff,

vs.

GRAND SEIKO CORPORATION OF AMERICA,
a New York corporation, d/b/a GRAND SEIKO
BOUTIQUE, and 152-154 SPRING STREET
RETAIL LLC, a Delaware limited liability company,

    Defendants.
_____/

## ORDER OF DISMISSAL *WITH PREJUDICE*

**THIS CAUSE** came before the Court on the Plaintiff, Luigi Girotto ("Plaintiff"), and Grand Seiko Corporation of America and 152-154 Spring Street Retail LLC (collectively, "Defendants") Joint Stipulation of Dismissal *with Prejudice*, and the Court, having considered same, having reviewed the file, and being otherwise advised in the premises, hereby **ORDERS AND ADJUDGES**:

1. The above-styled action is hereby **DISMISSED *WITH PREJUDICE*** as to all Defendants;

2. The Clerk shall deny any pending Motions as moot; and

3. Each party shall bear its and his own attorneys' fees, expert fees, paralegals' fees, and costs, except as otherwise provided in the Parties' Confidential Settlement Agreement.

**DONE AND ORDERED** in Chambers at New York, New York this 28th day of November, 2022.

                                               *Paul A. Engelmayer*
                                       THE HONORABLE PAUL ENGELMAYER
                                       UNITED STATES DISTRICT JUDGE

Copies furnished to: Counsel of Record